EDITH HUNTER and GEORGE HUNTER v. MURCO CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired, etc., for the Widening of Chrystie Street, etc. THE EMIGRANT INDUSTRIAL SAVINGS BANK — MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

COMMERCIAL CASUALTY INSURANCE COMPANY v. HAY FOUNDRY & IRON WORKS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GOLDBERG REALTY AND INVESTMENT COMPANY v. REUBEN SADOWSKY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ARTHUR Y. DALZIEL, as Trustee in Bankruptcy of SELZNICK DISTRIBUTING CORPORATION, Bankrupt, v. WILLIAM I. ROSENFELD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LAWTON R. MORAY v. CHARLES E. DANIEL, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GOTHAM MUSIC SERVICE, INC., and MILLS MUSIC, INC., v. DENTON AND HASKINS MUSIC PUBLISHING CO., INC.— ABNER GREENBERG.— Motion for leave to appeal to the Court of Appeals or for a reargument and a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of SARAH FRANCES FABBRICOTTI, as Sole Trustee, etc., of LUCIANO FABBRICOTTI, SR., Deceased, Rendered by JAMES W. HYDE, as Executor, etc., of SARAH FRANCES FABBRICOTTI, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LULU WILSON, Individually and as Administratrix, etc., of OSCAR WILSON, Deceased, v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, Townley and Glennon, JJ.